```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X
UNITED STATES OF AMERICA,

                Plaintiff,

        - against -                 ORDER ADOPTING MAGISTRATE
                                    REPORT AND RECOMMENDATION
RHONDA M. SMITH,                       04-CV-3464(JS)(WDW)

                Defendant.
------------------------------X
Appearances:
For the Government:     Michael T. Sucher, Esq.
                        26 Court Street, Suite 2412
                        Brooklyn, New York 11242

For Defendant:          No appearance
```

SEYBERT, District Judge:

Upon review of the Report and Recommendation of Magistrate Judge William D. Wall, signed on July 15, 2005, to which no party has objected, the Court hereby ADOPTS the Report and Recommendation in its entirety.

Judge Wall recommended, pursuant to this Court's referral, that a default judgement be entered. In addition, it was recommended that the Plaintiff be awarded damages, including interest to December 21, 2004, in the amount of $10,848.09, plus interest from December 22, 2004 to the date of judgment, plus costs in the amount of $65 and attorney's fees in the amount of $1,125.

On August 4, 2005, a copy of the Report and Recommendation was served on Defendant through the United States Postal Service. Any objections had to be filed within 10 days of service or the right to appeal would be waived. The docket shows

that no objections were filed.  As no objections to the Report and Recommendations have been filed, all objections are hereby deemed to have been waived.

Accordingly, the Court ADOPTS the Report and Recommendation in its entirety.

SO ORDERED

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

Dated:   Central Islip, New York
         August 18, 2005